UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHAMKHAY KEOMANIVONG,

                Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

Case No. C14-1236-MJP

**ORDER OF DISMISSAL**

The Court, after careful consideration of petitioner's habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

1. The Court adopts the Report and Recommendation.

2. Respondent's motion to dismiss is **GRANTED**.  Dkt. 8.

3. Petitioner's petition for writ of habeas corpus is **DENIED** as moot, Dkt. 3, and this matter is **DISMISSED** without prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 11th day of November, 2014.

                                          Marsha J. Pechman
                                          Chief United States District Judge

ORDER OF DISMISSAL - 1